IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEARLEAN COOPER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | **Old Case No. 1:10-cv-00899 AWI GSA**<br>**New Case No. 1:10-cv-00899 AWI DLB**<br><br>**ORDER DISQUALIFYING**<br>**MAGISTRATE JUDGE** |

　　　Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Dennis L. Beck.  The new case number shall be **1:10-cv-00899 AWI DLB.** All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

　　　IT IS SO ORDERED.

　　　**Dated:   May 26, 2010**　　　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1