1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  DAVID J. NEILL, State Bar No. 186997
   Supervising Deputy Attorney General
3    1300 I Street, Suite 125
     P.O. Box 944255
4    Sacramento, CA 94244-2550
     Telephone: (916) 324-3646
5    Fax: (916) 324-5567
     E-mail: David.Neill@doj.ca.gov
6  *Attorneys for Defendants*

7  HOWARD MOORE, JR., State Bar No. 55228
   Moore & Moore
8    1563 Solano Avenue, # 204
     Berkeley, CA 94707-2116
9    Telephone: (510) 542-7172
     Fax: (510) 528-3024
10   E-mail: moorlaw@aol.com
   *Attorneys for Plaintiff*

11

12             IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15

16

| | |
|---|---|
| **ZEARLEAN COOPER,** | 1:10-CV-00899-AWI-DLB |
| Plaintiff, | **JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE;** |
| v. | **ORDER** |
| **MATTHEW CATE, Secretary of the California Department of Corrections & Rehabilitation; THE CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; MARY LATTIMORE, Warden, Central California Women's Facility; JAVIER CAVAZOS, Chief Deputy Warden, Central California Women's facility; MICHAEL TANN, Associate Warden Central California Women's Facility; and CAPTAIN FRANK SANDERS, JR, Custody Captain Central California Women's Facility,** | The Honorable Dennis L. Beck<br><br>Action Filed: May 19, 2010 |
| Defendants. | |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On September 13, 2010, counsel for defendants filed a Stipulation re Waiver of Service and Filing of Responsive Pleadings.  Pursuant to the agreement of counsel, defendants California Department of Corrections and Rehabilitation, Matthew Cate, Javier Cavazos, Frank Sanders, Jr., Mary Lattimore and Michael Tann will file and serve their responsive pleading in this matter on September 24, 2010.   Defendants intend to notice their Federal Rule of Civil Procedure 12(b) motion ("12(b) motion") for hearing on Friday, November 5, 2010.

A scheduling conference is currently on calendar in this matter for Tuesday, September 21, 2010 at 9:30 a.m. before Judge Beck.  As the defendants will be filing their 12(b) motion on Friday, September 24 to be heard on Friday, November 5, 2010, the parties respectfully request that the scheduling conference be continued to Wednesday, December 1, 2010 so that the court may consider defendants' 12(b) motion, the parties will have time to prepare and file their joint scheduling conference reports one week in advance of the scheduling conference and after the hearing on defendants' 12(b) motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

/ / /

Thus, based on the foregoing, the parties respectfully request that the scheduling conference be continued from September 21, 2010 at 9:30 a.m. to December 1, 2010 at 9:30 a.m., or the next available date on the Court's calendar after December 1, 2010

Dated: September 20, 2010

EDMUND G. BROWN JR.
Attorney General of California
DAVID J. NEILL
Supervising Deputy Attorney General

_____*/s/  David J. Neill*_____
DAVID J. NEILL
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated:  September 20, 2010

MOORE & MOORE

_____*/s/  Howard Moore, Jr.*_____
HOWARD MOORE, JR.
*Attorneys for Plaintiff Zearlean Cooper*

IT IS SO ORDERED.

Dated:   **September 20, 2010**          _____ /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE

3