# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEARLEAN COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, Secretary of the California Department of Corrections & Rehabilitation; THE CALIFORNIA DEPARMENT OF CORRECTIONS & REHABILITATION; MARY LATTIMORE, Warden, Central California Women's facility; MICHAEL TANN, Associate Warden Central California Women's Facility; and CAPTAIN FRANK SANDERS, JR, Custody Captain Central California Women's Facility,<br><br>　　　　Defendants. | 1:10-CV-00899 AWI DLB<br><br>ORDER RE: MOTION TO DISMISS, MOTION FOR MORE DEFINITE STATEMENT, AND MOTION TO STRIKE |

　　　Defendants have filed a motion to dismiss pursuant to Fed. Rule Civ. Proc. 12(b)(1) and (6); a motion for a more definite statement pursuant to Fed. Rule Civ. Proc. 12(e); and a motion to strike pursuant to Fed. Rule Civ. Proc. 12(f). Doc. 11.  Plaintiff filed a notice of non-opposition, acknowledging jurisdictional problems, and seeking leave to file an amended complaint. Doc. 14.  The matter was taken under submission without benefit of oral argument. In key part, there are concerns about administrative exhaustion and sovereign immunity.  The prosecution of this case would be aided by the resolution of these questions.

　　　IT IS ORDERED, that Defendants' motion to dismiss is GRANTED.  Plaintiff's claims

are DISMISSED without prejudice and Plaintiff is given leave to amend.  Plaintiff must file an amended complaint within twenty-eight (28) days of the filing of this order.

IT IS SO ORDERED.

Dated:    November 17, 2010                                         
CHIEF UNITED STATES DISTRICT JUDGE