1  KOJO HOWARD MOORE, SBN 236483
   Moore & Moore
2  P. O. Box 1645
   Fresno, California, 93710
3  Telephone:     (559) 273-5847
   Facsimile:     (559) 455-0226
4  Email:         kojomoore@yahoo.com
   .
5  HOWARD MOORE, JR., SBN 55228
   Moore & Moore
6  1563 Solano Avenue, # 204
   Berkeley, California 94707-2116
7  Telephone:     (510) 542-7172
   Facsimile:     (510) 528-3024
8  Email:         moorlaw@aol.com

9  Attorneys for Plaintiff, ZEARLEAN COOPER

10 EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
11 SCOTT H.WYCKOFF
   Supervising Deputy Attorney General
12 CONNIE A. BROUSSARD, State Bar No. 228237
   Deputy Attorney General
13 2550 Mariposa Mall, Room 5090
   Fresno, California  93721
14 Telephone:     (559) 477-1676
   Facsimile:     (559) 445-5106
15 E-mail:        Connie.Broussard@doj.ca.gov

16 Attorneys for Defendants

17
                    UNITED STATES DISTRICT COURT
18
                    EASTERN DISTRICT OF CALIFORNIA
19

20 | ZEARLEAN COOPER,                             )   Case No. 1:10-CV-00899-AWI-DLB
                                                  )
21 |         Plaintiff,                           )
                                                  )   STIPULATION AND ORDER
22 | vs.                                          )   STAYING PROCEEDINGS
                                                  )
23 | MATTHEW CATE, Secretary of the California    )
   | Department of Corrections &Rehabilitation; et al, )
24 |                                              )
   |         Defendants.                          )
25 | _____       )

26
27
28 _____
            Stipulation and Order Staying Proceedings.
   Zearlean Cooper v. Matthew Cate, Secretary, et al   Case No. 1:1–CV-0899-AWI-DLB

1   Whereas, ZEARLEAN COOPER ("Plaintiff") cannot proceed on her claims under Title VII of the Civil Rights Act of 1964, *as amended*, because the Civil Rights Division of the United States Department of Justice has not yet issued Plaintiff notice of her right-to-sue;

4   Whereas, Plaintiff has notified the appropriate district offices of the United States Equal Employment Opportunity Commission that she has commenced this action and requested immediate issuance of notice of her right-to-sue; and

7   Whereas, the United States Equal Employment Opportunity Commission has informed Plaintiff that she should expect to receive notice of her right-to-sue from the Civil Rights Division of the United States Department of Justice shortly,

Plaintiff and MATTHEW CATE, Secretary of the California Department of Corrections & Rehabilitation, et al ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree:

1.   to entry of an order staying further proceedings in this civil action for 90 days from the date of the entry of the order approving this stipulation;

2.   to Plaintiff filing a Second Amended Complaint to alleged her claims under Title VII of the Civil Rights Act of 1964, *as amended*, without first seeking leave of the Court;

3.   to Defendants having 20 court days from the date Plaintiff's Second Amended Complaint is posted on this Court's website in which to file their responsive pleadings; and

4.   to vacate the Status Conference scheduled for January 10, 2011.

There have been no other stipulations for the order sought herein by any Party to this action nor by order of this Court or any Judge thereof. The parties request that the Court approve this stipulation pursuant to Local Rule 144(a).

Dated: December 30, 2010                    Dated: December 30, 2010

*/s/Howard Moore, Jr.*                       */s/Connie A. Broussard*
_____                  _____
HOWARD MOORE, JR.                            CONNIE A. BROUSSARD
Attorney for Plaintiff                       Deputy Attorney General, Attorney
ZEALEAN COOPER                               for Defendants, MATTHEW CATE, et al

---

Stipulation and Order Staying Proceedings.
Zearlean Cooper v. Matthew Cate, Secretary, et al   Case No. 1:1–CV-0899-AWI-DLB

2

| | |
|---|---|
| 1 | ORDER |

IT IS HEREBY ORDERED that the above Stipulation is hereby made the order of the Court and all further proceedings in this matter are stayed on terms and conditions not inconsistent with this Stipulation. The Scheduling Conference set for January 10, 2011 at 9:00 a.m. is continued to March 30, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **January 3, 2011**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

---

Stipulation and Order Staying Proceedings.
Zearlean Cooper v. Matthew Cate, Secretary, et al   Case No. 1:1–CV-0899-AWI-DLB

3