KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
CONNIE A. BROUSSARD, State Bar No. 228237
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone: (559) 477-1676
 Fax:  (559) 445-5106
 E-mail:  Connie.Broussard@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZEARLEAN COOPER,** | 1:10-CV-00899-AWI-DLB |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **RE FILING OF DEFENDANTS' RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| **MATTHEW CATE, Secretary of the California Department of Corrections & Rehabilitation; THE CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; MARY LATTIMORE, Warden, Central California Women's Facility; JAVIER CAVAZOS, Chief Deputy Warden, Central California Women's facility; MICHAEL TANN, Associate Warden Central California Women's Facility; and CAPTAIN FRANK SANDERS, JR, Custody Captain Central California Women's Facility,** | |
| | Judge        The Honorable Dennis L. Beck |
| | Action Filed: May 19, 2010 |
| Defendants. | |

The parties herein, by and through their undersigned attorneys, hereby stipulate as follows, if it is acceptable to the court:

Counsel for the parties have agreed that defendants will file their responsive pleadings to Plaintiff's Second Amended Complaint no later than September 9, 2011.

/ / /

1

1   IT IS SO STIPULATED.

2   Dated: August _____, 2011                        KAMALA D. HARRIS
                                                     Attorney General of California
3

4

5                                                    ____*/s/ Connie A. Broussard*_____
                                                     CONNIE A. BROUSSARD
                                                     Deputy Attorney General
6                                                    *Attorneys for Defendants*

7

8   Dated:  August _____, 2011                       MOORE & MOORE

9

10                                                   ____*/s/ Howard Moore, Jr.*_____
                                                     HOWARD MOORE, JR.
11                                                   *Attorney for Plaintiff Zearlean Cooper*

12

13

14  IT IS SO ORDERED.

15      Dated:   **August 12, 2011**                 _____/s/ *Dennis L. Beck*
16                                                   UNITED STATES MAGISTRATE JUDGE

17

...

28

2