KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
CONNIE A. BROUSSARD, State Bar No. 228237
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1676
 Fax:  (559) 445-5106
 E-mail:  Connie.Broussard@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZEARLEAN COOPER,** | 1:10-CV-00899-AWI-DLB |
| Plaintiff, | **STIPULATION AND ORDER RE CONTINUANCE OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |
| v. | |
| **MATTHEW CATE, Secretary of the California Department of Corrections & Rehabilitation; THE CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; MARY LATTIMORE, Warden, Central California Women's Facility; JAVIER CAVAZOS, Chief Deputy Warden, Central California Women's facility; MICHAEL TANN, Associate Warden Central California Women's Facility; and CAPTAIN FRANK SANDERS, JR, Custody Captain Central California Women's Facility,** | Date:         October 24, 2011<br>Time:         1:30 p.m.<br>Courtroom:  2<br>Judge:        Chief Judge Anthony W. Ishii<br><br>Action Filed:  May 19, 2010 |
| Defendants. | |

The parties herein, by and through their undersigned attorneys, hereby stipulate as follows:

1. Plaintiff and Defendant hereby stipulate to continue the hearing date on Defendant's Motion to Dismiss and Motion to Strike from October 17, 2011, to Monday, October 24, 2011, 1:30 p.m.

1

2. Petitioner and Respondent further stipulate that the hearing date of October 17, 2011, shall be taken off this Court's calendar.

IT IS SO STIPULATED.

Dated: October 17, 2011

KAMALA D. HARRIS
Attorney General of California
SCOTT H. WYCKOFF
Supervising Deputy Attorney General

/s/
_____
CONNIE A. BROUSSARD
Deputy Attorney General
*Attorneys for Defendants*

Dated:  October 17, 2011

MOORE & MOORE

*/s/*_____
HOWARD MOORE, JR.
KOJO H. MOORE
*Attorneys for Plaintiff Zearlean Cooper*

**ORDER**

IT IS SO ORDERED.

Dated:   October 17, 2011        _____
CHIEF UNITED STATES DISTRICT JUDGE

2