IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZERLEAN COOPER,            )<br>                                              )<br>            Plaintiff,         )<br>     v.                             )<br>                                              )<br>MATTHEW CATE, Secretary of the    )<br>California Department of Corrections &   )<br>Rehabilitation, et al.,             )<br>                                              )<br>            Defendants.         )<br>_____) | 1:10-cv-899 AWI DLB<br><br>ORDER VACATING<br>OCTOBER 24, 2011, HEARING<br>AND TAKING MATTER<br>UNDER SUBMISSION |

Currently set for hearing and decision on October 24, 2011, are Defendants' motions to dismiss and to strike. The Court has reviewed the moving papers and has determined that these matters are suitable for decision without oral argument. Local Rule 230.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 24, 2011, is VACATED, and the parties shall not appear at that time. As of October 24, 2011, the Court will take Defendants' motions to dismiss and to strike under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    October 19, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE