IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZERLEAN COOPER, | ) | 1:10-cv-899 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER VACATING |
| v. | ) | FEBRUARY 6, 2012, HEARING |
| | ) | AND TAKING MATTER |
| MATTHEW CATE, Secretary of the | ) | UNDER SUBMISSION |
| California Department of Corrections & | ) | |
| Rehabilitation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Currently set for hearing and decision on February 6, 2012, is Defendant's motion to dismiss. The Court has reviewed the moving papers and has determined that this matters is suitable for decision without oral argument. Local Rule 230.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 6, 2012, is VACATED, and the parties shall not appear at that time. As of February 6, 2012, the Court will take Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 31, 2012                                   _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE