# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEARLEAN COOPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | Case No. 1:10-cv-00899-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISMISSAL WITHIN TEN DAYS |

The parties reached a settlement in this action during a settlement conference on February 22, 2013, and were ordered to file dismissal paperwork within twenty days. More than twenty days have passed and the required paperwork has not been filed. Accordingly,

IT IS HEREBY ORDERED that, within ten days of the date of service of this order, the parties shall file the notice of dismissal or notify the Court as to the reason for not complying with this order.

IT IS SO ORDERED.

Dated: **March 22, 2013**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1