IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZEARLEAN COOPER,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW CATE, Secretary of the California Department of Corrections & Rehabilitation; THE CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; MARY LATTIMORE, Warden, Central California Women's Facility; JAVIER CAVAZOS, Chief Deputy Warden, Central California Women's facility; MICHAEL TANN, Associate Warden Central California Women's Facility; and CAPTAIN FRANK SANDERS, JR, Custody Captain Central California Women's Facility,**<br><br>Defendants. | Case No. 1:10-CV-00899-AWI-SAB<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF**<br><br>(Fed. Rule Civ. Pro.41(a)) |

To all interested parties, please take notice that Zearlean Cooper hereby voluntarily dismisses the instant action with prejudice, pursuant to Fed. Rule Civ. Pro. 41(a).

Dated:  March 28, 2013

*/s/ HOWARD MOORE, JR.*
HOWARD MOORE, JR.
Attorney for Plaintiff, Zearlean Cooper

1

Dated:  March 28, 2013

*/s/ CONNIE A. BROUSSARD*
CONNIE A. BROUSSARD
Attorney for Defendant, California
Department of Corrections and Rehabilitation

**ORDER**

IT IS SO ORDERED.

Dated:  March 28, 2013

SENIOR DISTRICT JUDGE

2